IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEWAYNE JACKSON COX, | ) |
| Plaintiff, | ) Civil Action No. 7:16CV00408 |
| v. | ) **VERDICT FORM** |
| BENJAMIN BAXLEY, et al., | ) Before: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

Question 1

Do you find that the plaintiff has proven, by a preponderance of the evidence, that one or more of the defendants violated his rights under the Eighth Amendment by acting with deliberate indifference to a substantial risk of serious harm to the plaintiff?

Answer yes or no: _YES_

If you answered "yes" to Question 1, answer Question 2. If you answered "no" to Question 1, you need not answer Question 2.

Question 2

If you answered "yes" to Question 1, please place a check mark by the name of each defendant who you find to have violated the plaintiff's rights under the Eighth Amendment by acting with deliberate indifference to a substantial risk of serious harm to the plaintiff.

Benjamin Baxley ✓

Justin Miles ✓

Joshua Pinkerman _____

Bradley Quinn ✓

7-13-17
DATE

_[signature]_
SIGNATURE OF FOREPERSON

JOEL H BOSTIC
PRINTED NAME OF FOREPERSON